George Resley BARTON, Appellant,

v.

The STATE of Texas, Appellee.

No. 27785.

Court of Criminal Appeals of Texas.

Nov. 9, 1955.

COLORADO RIVER WESTERN RAILWAY
et al., Appellants,

v.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawfully driving a motor vehicle upon a public highway while under the influence of intoxicating liquor; the punishment, a fine of $75 and confinement in the county jail for three days.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.